UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAUN AKINDO ALEXANDER RUSHING,

               Plaintiff,

-against-

GEORGE WASHINGTON UNIVERSITY HOSPITAL,

               Defendant.

22-CV-7707 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

      On January 3, 2022, Plaintiff Shaun Rushing was barred from filing any new action *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *See Rushing v. Extra Space Storage*, ECF 1:21-CV-9113, 5 (S.D.N.Y. Jan. 3, 2022). Plaintiff files this new case *pro se* and seeks IFP status, but he has not sought leave from the court to file it. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the January 3, 2022, order.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   September 9, 2022
           New York, New York

                                    /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                  Chief United States District Judge