UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAUN AKINDO ALEXANDER RUSHING,<br><br>Plaintiff,<br><br>-against-<br><br>GEORGE WASHIINGTON UNIVERSITY HOSPITAL,<br><br>Defendant. | 22-CV-7707(LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 9, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  September 9, 2022
         New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge